UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CONDRA SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No 1:20-CV-00474 |
| | ) |
| UNITED STATES DEPARTMENT OF EDUCATION, et al, | ) (Formerly 02D09-2011-PL-000475 ) Allen Superior Court) |
| | ) |
| Defendant. | ) |

**MOTION OF DEFENDANT UNITED STATES OF AMERICA FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant United States of America submits this motion for an extension of time through February 15, 2021, to file a pleading responsive to plaintiff's complaint, and in support of this motion states as follows:

1. The undersigned counsel for defendant removed this case to this Court on December 17, 2020.

2. Pursuant to Fed. R. Civ. P. 12(a)(3), for cases of this type initially filed in federal court, defendants are afforded a period of 60 days to file a responsive pleading.

3. So that the undersigned counsel for defendant has adequate time to prepare a responsive pleading, defendant requests an extension of time

of 60 days from the date this case was removed to this Court to file the responsive pleading.

## CONCLUSION

For the foregoing reasons, the Court should grant the motion of defendant United States of America for an extension of the time through February 15, 2021, to file a pleading responsive to plaintiff's complaint.

>
> Respectfully submitted,
>
> THOMAS L. KIRSCH II
> UNITED STATES ATTORNEY
>
> By: *s/Deborah M. Leonard*
> Deborah M. Leonard
> Assistant United States Attorney
> E. Ross Adair Federal Building & U.S.
> 1300 South Harrison Street, Room 3128
> Fort Wayne, IN 46802-3489
> Telephone: (260) 422-2595
> Facsimile: (260) 426-1616
> Email: deborah.leonard@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2020, the **MOTION OF DEFENDANT UNITED STATES OF AMERICA FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was electronically filed with the Clerk of the Court using the CM/ECF system and a copy of the foregoing was served by United States Mail, postage prepaid to the following:

Condra L. Smith
3301 Lafayette St.
Fort Wayne, IN 46806

Pro-Se Plaintiff

                                                  s/ *Teresa M. Dillner*
                                                  Teresa M. Dillner
                                                  Legal Assistant, Civil Division

OFFICE OF:
United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Tel: (219) 937-5500
Fax: (219) 852-2770