UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF INDIANA

FORT WAYNE DIVISION



-FILED-

JAN 27 2021

At _____ M
ROBERT N. TRGLVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

CONDRA L. SMITH                         Case No, : **1:20-CV-00474**

V.

UNITED STATES DEPARTMENT OF

EDUCATION, et, al,                      ENTRY OF DEFAULT

Plaintiff Condra L. Smith request the Clerk of Court to enter default against the Defendants United States department of education, General Revenue Corporation, Pioneer Recover, and USA Fund a.b.a Ascendium Education Group for failure to answer or plead in said action as required by law

Default may be served on the defendants at

Deborah M. Leonard (United State Department of Education)

United States Attorney's Office

Northern District of Indiana

US Court House

5400 Federal Plaza Suite 1500

Hammond, Indiana 46320

Bonnie L. Martin (Pioneer Recovery)

Justin Allen

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC

111 Monument Circle

Suite 4600

Indianapolis, IN 46204


Steven C. Coffaro (General Revenue)

Keating Muething & Klekamp PLL

Once E. 4th Street, Suite 1400

Cincinnati, Ohio 45202


USA Fund a.b.a Ascendium Education Group

9998 Crosspoint Blvd

Suite 310

Indianapolis, Indiana 46256, US


*(signature)*

Condra L. Smith
3301 Lafayette st
Fort Wayne In, 46806

1/25/2021