# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CONDRA L SMITH

       Plaintiff

v.

                                             **Civil Action No. 1:20-cv-474**

DEPARTMENT OF EDUCATION;
PIONEER CREDIT RECOVERY, INC.;
GENERAL REVENUE; and
USA FUNDS C/O NAVIENT, *doing business as* Great lakes,
*doing business as* Ascendium Education Solutions Inc

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge William C. Lee.

DATE: 3/4/2021                           ROBERT N. TRGOVICH, CLERK OF COURT

                                                       by  s/ B. Scheumann_____
                                                          *Signature of Clerk or Deputy Clerk*